UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

SIDNEY H. BLUMING, et al.,

            Plaintiffs,

   -against-

MANDARIN ORIENTAL HOTEL
GROUP LIMITED, et al.,

            Defendants.
-----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-30-07

06 Civ. 15354 (RMB)(HBP)

ORDER

       PITMAN, United States Magistrate Judge:

       A tape-recorded conference call having been held on this date during which various discovery disputes were discussed, for the reasons stated on the recording of the call, it is hereby ORDERED that:

       1. The subpoena to Dr. Lusterman shall be limited to documents concerning his consultations with plaintiffs <u>after</u> the alleged incidents that give rise to this action and documents concerning the prior observations of plaintiffs referenced in the letter that was discussed during the course of the conference call.

       2. Plaintiffs shall provide counsel for Mandarin Oriental Hotel Group Limited with HIPPA compliant releases for their relevant medical records no later than April 2, 2007.

Dated: New York, New York
       March 29, 2007

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copes transmitted to:

Michael S. Weinstein, Esq.
Robertson, Freilich, Bruno
   & Cohen, LLC
The Legal Center
One Riverfront Plaza
Newark, New Jersey  07102

Angelo A. Stio, III, Esq.
Pepper Hamilton LLP
Suite 400
301 Carnegie Center
Princeton, New Jersey  08543-5276

Eli R. Mattioli, Esq
Hermann Ferre
Thelen Reid Brown Raysman
  & Steiner, LLP (NYC)
875 Third Avenue
New York, New York  10022

2