UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SIDNEY D. BLUMING and
CYNTHIA BLUMING,

                       Plaintiffs,

      -against-

MANDARIN ORIENTAL HOTEL
GROUP LTD., et al.,

                       Defendants.
------------------------------------------------------------X

06 Civ. 15354 (RMB) (HBP)

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/20/07**

**Richard M. Berman, U.S.D.J.:**

      Based on a telephone call from Plaintiffs' counsel advising the Court that the parties have reached a settlement in principal, it is hereby

      **ORDERED** that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, either party may apply by letter showing good cause why this action should be restored to the calendar of the undersigned.

      The Clerk of the Court is respectfully requested to vacate the pending motion to dismiss [#15] as moot.

Dated: New York, New York
       April 20, 2007

                                      _/s/ RMB_____
                                      Hon. Richard M. Berman, U.S.D.J.